No. 468, Misc. IN RE TINKOFF. Supreme Court of Illinois. Certiorari denied.

No. 475, Misc. LILYROTH v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 478, Misc. BYRD v. NEW YORK CENTRAL RAILROAD Co. ET AL. Court of Appeals of New York. Certiorari denied. *Melvel W. Snitow* and *Sydney Snitow* for petitioner. *Gerald E. Dwyer* and *C. Austin White* for the New York Central Railroad Company, respondent.

No. 479, Misc. BERG v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 483, Misc. PETTUS v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 484, Misc. MOUNT OLIVE FIRE BAPTIZED HOLINESS CHURCH OF GOD OF THE AMERICAS ET AL. v. GROW ET AL. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 486, Misc. KOALSKA v. SWENSON, WARDEN. Supreme Court of Minnesota. Certiorari denied.

No. 488, Misc. HINKLE v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 491, Misc. CONWAY v. WATERS, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.